# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Darryl Keith Louis Jr., #279494, ) | C/A No. 1:24-CV-00759-BHH |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | **AMENDED TRANSPORT ORDER** |
| ) | |
| Director Bryan P. Stirling, ) | |
| ) | |
| DEFENDANT. ) | |

This matter is before the Court for an upcoming pre-trial hearing. The Court is informed that Plaintiff Darryl Keith Louis, SCDC #279494, is currently in the custody of the South Carolina Department of Corrections.

**IT IS THEREFORE ORDERED**, that a designee/employee of the South Carolina Department of Corrections transport Darryl Keith Louis to the Charleston Federal Courthouse in order for him to participate in a pre-trial hearing scheduled for June 3, 2025 at 1:00 p.m. at the Federal Courthouse, 85 Broad Street, Charleston, SC 29401.

**AND IT IS SO ORDERED**.

/s/ Bruce Howe Hendricks
United States District Judge

May 28, 2025
Charleston, South Carolina